**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROXIE SHRAWDER,<br><br>Plaintiff,<br><br>v.<br><br>MEDEFIS, INC.,<br><br>Defendant. | No. 4:26-CV-00728<br><br>(Chief Judge Brann) |

**ORDER**

**NOVEMBER 18, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant Medefis, Inc.'s Motion to Compel Arbitration and Stay or Dismiss (Doc. 7) is **GRANTED**, and Plaintiff Roxie Shrawder is directed to arbitrate her claims in accordance with the terms of the Arbitration Agreement; and
2. This action is **STAYED** pending the outcome of arbitration.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge